# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER FLOURNEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT, SCI GRATERFORD and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : | NO. 18-2609 |

## ORDER

**NOW,** this 20th day of May, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* By a Person in State Custody (Document No. 1), the response to the petition, the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Document No. 14), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.